# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

158866 (71)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

NADEEM YOUSAF RAJPUT,
       Defendant-Appellant.

SC: 158866
COA: 339117
Wayne CC: 16-008073-FC

_____/

On order of the Court, the motion for reconsideration of this Court's January 24, 2020 judgment is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the motion for reconsideration within 28 days after the date of this order.

The motion for reconsideration remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2020



Clerk

t0318